NATIONAL AMUSEMENTS, INC. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
EAST HARTFORD

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted by the court.

*Herbert Barall,* for the appellee (plaintiff).

*William A. Roberto,* assistant corporation counsel, for the appellant (defendant).

Argued December 13—decided December 13, 1977

JULIUS GLUCK *v.* CATHERINE GLUCK

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted by the court.

*John J. Graubard,* for the appellee (plaintiff).

*Catherine Gluck,* pro se, the appellant (defendant).

Argued December 6—decided December 14, 1977

The defendant's motion to amend her motion for appeal, filed November 10, 1977, from the Superior Court in Fairfield County at Stamford is denied by the court.

The defendant's motion to amend the motion, filed November 10, 1977, for an extension of time in which to file a finding in the appeal from the Superior Court in Fairfield County at Stamford is denied by the court.

The defendant's "Motion to Amend Transcript Order" in the appeal from the Superior Court in Fairfield County at Stamford is denied by the court.

*Catherine Gluck,* pro se, in support of the motions.

Submitted December 1—decided December 14, 1977